United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C. Zack  
Michelle Zack  
    Debtors

Case No. 11-11238-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Eleanor              Page 1 of 2                Date Rcvd: Jun 08, 2011
                            Form ID: 222               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2011.
```
db/jdb       +John C. Zack,    Michelle Zack,    2328 S. Gilinger Rd.,    Lafayette Hill, PA 19444-2226
smg           City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
              1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
              Philadelphia, PA 19106-4404
12298429      Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA  30374-0256
12298430      Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
              Allen, TX  75013-2002
12298431      Home Depot,    Processing Center,    Des Moines, IA  50364-0500
12298432     +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
12298434     +NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
12298433     +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
12298435      Pennsylvania Department Of Revenue,    Department 280946,    Attn: Bankruptcy Division,
              Harrisburg, PA  17128-0946
12298436     +Police And Fire FCU,    901 Arch St.,    Philadelphia, PA 19107-2495
12298437      Police And Fire FCU,    P.O. Box 4521,    Carol Stream, IL  60197-4521
12298438     +Telecheck Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5415
12298439     +Transunion Corporation,    2 Baldwin Place,    P.O. Box 1000,    Chester, PA 19016-1000
12298441      Wells Fargo Home Mortgage,    P.O. Box 11701,    Newark, NJ  07101-4701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: BTPDERSHAW.COM Jun 09 2011 01:28:00      TERRY P. DERSHAW,    Dershaw Law Offices,
              P.O. Box 556,    Warminster, PA  18974-0632
cr            EDI: RMSC.COM Jun 09 2011 01:28:00      GE Money Bank,   c/o Recovery Management Systems Corp,
              25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
12298422      EDI: BANKAMER.COM Jun 09 2011 01:28:00      Bank Of America,    P.O. Box 15019,
              Wilmington, DE  19886-5019
12298423     +E-mail/Text: banko@berkscredit.com Jun 09 2011 01:34:06      Berks Credit And Collections, Inc.,
              P.O. Box 329,    Temple, PA 19560-0329
12298424     +EDI: HFC.COM Jun 09 2011 01:28:00      Boscovs,    P.O. Box 17642,    Baltimore, MD 21297-1642
12298426      EDI: CAPITALONE.COM Jun 09 2011 01:28:00      Capital One,    P.O. Box 85015,
              Richmond, VA  23285-5015
12298425     +EDI: CAPITALONE.COM Jun 09 2011 01:28:00      Capital One,    P.O. Box 71083,
              Charlotte, NC 28272-1083
12298427      EDI: CITICORP.COM Jun 09 2011 01:28:00      Citibank,    Sunoco,    P.O. Box 6497,
              Sioux Falls, SD  57117-6497
12351405      EDI: RMSC.COM Jun 09 2011 01:28:00      GE Money Bank,   c/o Recovery Management Systems Corp.,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12298428      EDI: IRS.COM Jun 09 2011 01:28:00      Department Of The Treasury,    Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA  19114
12298440     +EDI: WFFC.COM Jun 09 2011 01:28:00      Wells Fargo Home Mortgage,    One Home Campus, C2501-01h,
              Des Moines, IA 50328-0001
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Eleanor              Page 2 of 2            Date Rcvd: Jun 08, 2011
                              Form ID: 222               Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2011**                **Signature:** _/s/ Joseph Speetjens_

**B18J (Form 18J) (08/07)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
**Case No. 11–11238–jkf**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C. Zack                                        Michelle Zack
   2328 S. Gilinger Rd.                            2328 S. Gilinger Rd.
   Lafayette Hill, PA 19444                    Lafayette Hill, PA 19444

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8704                                           xxx–xx–7715

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                                        BY THE COURT

Dated: 6/8/11                                                Jean K. FitzSimon
                                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**